| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> **FOX ROTHSCHILD LLP** <br> 49 Market Street <br> Morristown, NJ 07960 <br> Telephone: (973) 992-4800 <br> Fax: (973) 992-9125 <br> Mark E. Hall, Esq. <br> Joseph A. Caneco, Esq. <br> Attorneys for Eric R. Perkins, <br> Chapter 7 Trustee | |
| In Re: <br><br> J. SCROFANI CONSTRUCTION CORP., <br><br> Debtor. | Chapter 7 <br><br> Case No. 17-19984-RG |
| ERIC R. PERKINS, Chapter 7 Trustee, <br><br> Plaintiff, <br> v. <br><br> TURNER CONSTRUCTION CO., <br><br> Defendant. | Adv. Pro. No. 17-01677-RG |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff Eric R. Perkins, chapter 7 trustee for the estate of J. Scrofani Construction Corp., hereby voluntarily dismisses the complaint in the above-captioned adversary proceeding against Turner Construction Co.

                                                                     **Fox Rothschild LLP** <br>
                                                                      *Attorneys for Plaintiff*

                                                  By: */s/ Joseph A. Caneco* <br>
                                                                 Joseph A. Caneco, Esq.

Dated: March 27, 2018

ACTIVE\54647018.v1-3/27/18